NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CYNTHIA HARR and BRUCE HARR,            )
                                        )
          Appellants,                   )
                                        )
v.                                      )          Case No. 2D17-2874
                                        )
MARY C. MCELMURRY,                      )
                                        )
          Appellee.                     )
                                        )
_____ )

Opinion filed March 23, 2018.

Appeal from the Circuit Court for Sarasota
County; Frederick P. Mercurio, Judge.

Cynthia Harr and Bruce Harr, pro se.

Robert E. Turffs of Robert E. Turffs,
P.A., Sarasota, for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and CRENSHAW and LUCAS, JJ., Concur.